IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

v.

PETER HUIBREGTSE, JUDITH HUIBREGTSE, GARY BOUGHTON, MONICA HORNER, LT. HANDFEILD, LT. TOM, C.O. JONES, C.O. LEFTLER, C.O. BELZ SR, CAPT. HOOPER, C.O. MULLUSK, C.O. COCKROFT, RICK REAMISCH and CAPT. MASON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-464-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_Peter Oppeneer_      4/16/10

Peter Oppeneer, Clerk of Court      Date